# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2010

140842 & (51)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re LENA ANNE BECK and AVERY JOEL
BECK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

LAWRENCE MICHAEL BECK,
       Respondent-Appellant.

SC: 140842
COA: 293138
Oakland CC Family Division:
07-733751-NA

_____/

On order of the Court, the application for leave to appeal the March 4, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether a parent whose rights to his children have been involuntarily terminated in a child protective proceeding under the Juvenile Code can nonetheless be ordered to pay child support for those children.

The motion for leave to file brief amicus curiae is GRANTED. The Children's Law Section and Family Law Section of the State Bar of Michigan and the Friend of the Court Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2010

_____
Clerk

s0525